

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2022

No. 04-21-00417-CR

Geovanni Jesus **ALVAREZ-RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7830
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is granted in part for 30 days. The appellant's brief is due on or before March 7, 2022.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court